IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TROY HELWIG,

    Plaintiff,

v.                                              CV No. 20-52 JB/CG

CURRY COUNTY DETENTION CENTER,

    Defendant.

## ORDER TO CURE DEFICIENCIES

**THIS MATTER** is before the Court on Plaintiff Troy Helwig's *Letter Regarding Civil Rights Violations*, (Doc. 1). In his letter, Mr. Helwig contends his conditions of confinement are unconstitutional under 42 U.S.C. § 1983. The Court determines the filing is deficient, for two reasons. First, the allegations are not sworn and do not appear on the proper § 1983 form. Second, Mr. Helwig failed to prepay the $400 filing fee or, alternatively, file a motion to proceed *in forma pauperis.* Mr. Helwig must cure these deficiencies within thirty (30) days of entry of this Order. All papers Mr. Helwig files must include the case number (20-cv-52 JB/CG). Failure to timely address the filing fee <u>and</u> refile the claims on the proper § 1983 form will result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Mr. Helwig shall: (1) refile his claims on the proper § 1983 form; and (2) either prepay the $400 filing fee or, alternatively, file a motion to proceed *in forma pauperis.*

**IT IS FURTHER ORDERED** that the Clerk's Office shall send Mr. Helwig a form § 1983 complaint and a form motion to proceed *in forma pauperis.*

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE