IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TROY HELWIG,

    Plaintiff,

v.                                                              CV No. 20-52 JB/CG

CURRY COUNTY DETENTION CENTER,

    Defendant.

## **SECOND ORDER TO CURE DEFICIENCY**

THIS MATTER is before the Court on Troy Helwig's *Motion to Proceed in Forma Pauperis*, (Doc. 4). The Court cannot rule on the Motion because Mr. Helwig did not attach a certified inmate account statement for the period between July 16, 2019 and January 19, 2020, as required by 28 U.S.C. § 1915(b). Mr. Helwig must submit the account statement within thirty (30) days of entry of this Order. Failure to timely comply with this Order will result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Mr. Helwig shall file a certified inmate account statement for the period between July 16, 2019 and January 19, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE